IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES FLAKKER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 18-1046** |
| | : | |
| **NEW JERSEY TRANSIT RAIL OPERATIONS, INC.** | : | |

## ORDER

**AND NOW**, this 7th day of June 2018, upon considering Defendant's Motion for judgment on the pleadings based upon Eleventh Amendment immunity (ECF Doc. No. 15), Plaintiff's Opposition during oral argument, and for reasons in the accompanying memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 15) is **GRANTED** and judgment on the pleadings is entered in favor of Defendant and against the Plaintiff. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.