IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMES FLAKKER | : | CIVIL ACTION |
| --- | --- | --- |
| | : | |
| v. | : | NO. 18-1046 |
| | : | |
| NEW JERSEY TRANSIT RAIL | : | |
| OPERATIONS, INC. | : | |

## ORDER

**AND NOW**, this 18th day of June 2018, upon considering Defendant's Motion for judgment on the pleadings (ECF Doc. No. 15), Plaintiff's Response (ECF Doc. No. 24), Defendant's Reply (ECF Doc. No. 25) and for reasons in the accompanying memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 15) is **GRANTED** and the Clerk of Court shall enter judgment in favor of the Defendant and **close** this case.

*/s/ Mark C. Kearney*
**KEARNEY, J.**